KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL WHITSON,<br><br>             Plaintiff,<br><br>     v.<br><br>LYFT, INC. and DOES 1-20, inclusive,<br><br>             Defendant. | Case No. 18-cv-06539-VC<br><br>**DECLARATION OF KATHRYN BOWEN IN SUPPORT OF LYFT, INC.'S MOTION TO DISMISS OR STAY**<br><br>Date:         February 21, 2019<br>Time:        10:00 a.m.<br>Dept.:       Courtroom 4 - 17th Floor<br>Judge:      Hon. Vince Chhabria<br><br>Date Filed: October 26, 2018<br><br>Trial Date: Not yet set |

DECLARATION OF KATHRYN BOWEN IN SUPPORT OF LYFT, INC.'S MOTION TO DISMISS OR STAY
Case No. 18-cv-06539-VC

1311032

I, Kathryn Bowen, declare as follows:

I am an attorney licensed to practice in the State of California and before this Court. I am an associate at Keker, Van Nest & Peters, LLP, counsel of record for defendant Lyft, Inc. ("Lyft") in the above-captioned action. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

1. A true and correct copy of the docket for *B Olson v. Lyft, Inc.*, Case No. CGC-18-566788, (the "*Olson* Action") as it appeared on January 11, 2019, is attached as **Exhibit A**.

2. A true and correct copy of the operative complaint filed in the *Olson* Action, without exhibits and civil coversheet, is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on January 15, 2019.

By: _____
KATHRYN BOWEN

---

1

DECLARATION OF KATHRYN BOWEN IN SUPPORT OF LYFT, INC.'S MOTION TO DISMISS OR STAY
Case No. 18-cv-06539-VC

1311032