# EXHIBIT A

311403

Contact Us

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

Case Number: CGC18566788
Title: B OLSON VS. LYFT, INC.
Cause of Action: OTHER NON EXEMPT COMPLAINTS
Generated: 2019-01-11 12:31 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

**Please Note: The "View" document links on this web page are valid until 12:41:06 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show All entries                                                                                   Search:

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2019-01-10 | ORDER SUSTAINING PEREMPTORY CHALLENGE AND GRANTING REASSIGNMENT OF ACTION FOR ALL PURPOSES | View | |
| 2019-01-04 | PROOF OF SERVICE (TRANSACTION ID # 62824747) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2019-01-04 | 170.6 PEREMPTORY CHALLENGE PENDING AS TO JUDGE ANNE-CHRISTINE MASSULLO (TRANSACTION ID # 62824747) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-12-28 | ORDER GENERAL ORDER RE CASE REASSIGNMENT | View | |
| 2018-12-21 | ORDER - CASE MANAGEMENT ORDER NO. 3 (TRANSACTION 62796352) | View | |
| 2018-12-19 | CASE MANAGEMENT CONFERENCE AND HEARING ON LYFT'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING IN PART LYFT'S PETITION TO COMPEL ARBITRATION IS HELD ON DEC-19-2018. A BRIEFING SCHEDULE ON THE MOTION TO COMPEL ARBITRATION IN THE CHUTE MATTER IS SET WITH A HEARING DATE OF FEB-06-2019 AT 9:00AM. MATTER IS SET FOR FURTHER CASE MANAGEMENT CONFERENCE ON FEB-06-2019 AT 9:00AM. JUDGE CURTIS E.A. KARNOW, CLERK DANIAL LEMIRE, REPORTER NANCY PRESANT, CSR 906. | | |
| 2018-12-19 | MINUTES FOR DEC-19-2018 2:00 PM | View | |
| 2018-12-14 | PROOF OF SERVICE (TRANSACTION ID # 62772201) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-12-14 | JOINT FURTHER CASE MANAGEMENT STATEMENT FOR DECEMBER 19, 2018 CASE MANAGEMENT CONFERENCE (TRANSACTION ID # 62772201) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-12-12 | ANSWER TO 2ND AMENDED COMPLAINT ; DEMAND FOR JURY TRIAL (TRANSACTION ID # 62763378) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-12-04 | PROOF OF SERVICE (TRANSACTION ID # 62724787) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-12-04 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED 1) OVERRULING DEMURRER (2) DENYING MOTION TO STRIKE CLASS CLAIMS AND (3) DENYING PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION 62720105) (TRANSACTION ID # 62724787) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-12-03 | ORDER 1) OVERRULING DEMURRER (2) DENYING MOTION TO STRIKE CLASS CLAIMS AND (3) DENYING PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION 62720105) | View | |
| 2018-12-03 | 304, DEFENDANT LYFT, INC'S PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, TAKEN UNDER SUBMISSION ON NOV-30-2018, IS DENIED. SEE ORDER FILED THIS DATE. JUDGE CURTIS KARNOW | | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2018-12-03 | 304, DEFENDANT LYFT, INC'S MOTION TO STRIKE ARBITRABLE AND RELEASED CLASS CLAIMS, TAKEN UNDER SUBMISSION ON NOV-30-2018, IS DENIED. SEE ORDER FILED THIS DATE. JUDGE CURTIS KARNOW | | |
| 2018-12-03 | 304, DEFENDANT LYFT, INC'S SPECIAL DEMURRER IN ABATEMENT, TAKEN UNDER SUBMISSION ON NOV-30-2018, IS OVERRULED. SEE ORDER FILED THIS DATE. JUDGE CURTIS KARNOW | | |
| 2018-11-30 | DEFENDANT LYFT, INC'S SPECIAL DEMURRER IN ABATEMENT - ARGUED AND THE COURT TAKES THE MATTER UNDER SUBMISSION. JUDGE: CURTIS KARNOW, CLERK: E. LARNAUTI, REPORTER: PAULA J. SHI, CSR 13358 (TEL: 415.213.2988 / EMAIL: PAULASHICSR@GMAIL.COM) | | |
| 2018-11-30 | DEFENDANT LYFT, INC'S MOTION TO STRIKE ARBITRABLE AND RELEASED CLASS CLAIMS - ARGUED AND THE COURT TAKES THE MATTER UNDER SUBMISSION. JUDGE: CURTIS KARNOW, CLERK: E. LARNAUTI, REPORTER: PAULA J. SHI, CSR 13358 (TEL: 415.213.2988 / EMAIL: PAULASHICSR@GMAIL.COM) | | |
| 2018-11-30 | DEFENDANT LYFT, INC'S PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS - ARGUED AND THE COURT TAKES THE MATTER UNDER SUBMISSION. JUDGE: CURTIS KARNOW, CLERK: E. LARNAUTI, REPORTER: PAULA J. SHI, CSR 13358 (TEL: 415.213.2988 / EMAIL: PAULASHICSR@GMAIL.COM) | | |
| 2018-11-30 | MINUTES FOR NOV-30-2018 2:00 PM | View | |
| 2018-11-27 | PROOF OF SERVICE (TRANSACTION ID # 62700825) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-27 | APPLICATION TO ADMIT COUNSEL PRO HAC VICE (TRANSACTION ID # 62700825) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | $500.00 |
| 2018-11-16 | REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS ARBITRABLE AND RELEASED CLASS CLAIMS (TRANSACTION ID # 62679191) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-11-16 | REPLY BRIEF IN SUPPORT OF DEFENDANT LYFT, INC.S SPECIAL DEMURRER IN ABATEMENT (TRANSACTION ID # 62679188) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-11-16 | REPLY BRIEF IN SUPPORT OF PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION ID # 62679184) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-11-09 | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT LYFT INC.S DEMURRER TO THE SECOND AMENDED COMPLAINT (TRANSACTION ID # 62657292) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-09 | DECLARATION OF RACHEL BIEN IN OPPOSITION TO DEFENDANT LYFT, INC.S DEMURRER TO THE SECOND AMENDED COMPLAINT (TRANSACTION ID # 62657292) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-09 | PROOF OF SERVICE OF OPPOSITION TO DEFENDANT LYFT, INC.S DEMURRER TO SECOND AMENDED COMPLAINT; DECLARATION; AND REQUEST FOR JUDICIAL NOTICE (TRANSACTION ID # 62657292) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-09 | OPPOSITION TO DEFENDANT LYFT, INC.S DEMURRER TO SECOND AMENDED COMPLAINT (TRANSACTION ID # 62657292) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-09 | DECLARATION OF JAHAN C. SAGAFI IN OPPOSITION TO DEFENDANT LYFT, INC.S MOTION TO STRIKE PLAINTIFFS CLASS CLAIMS (TRANSACTION ID # 62657290) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-09 | PROOF OF SERVICE OF OPPOSITION TO DEFENDANT LYFT, INC.S MOTION TO STRIKE PLAINTIFFS CLASS CLAIMS; AND DECLARATION (TRANSACTION ID # 62657290) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-09 | OPPOSITION TO DEFENDANT LYFT, INC.S MOTION TO STRIKE PLAINTIFFS CLASS CLAIMS (TRANSACTION ID # 62657290) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2018-11-09 | DECLARATION OF RACHEL BIEN IN OPPOSITION TO PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION ID # 62657286) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-09 | PROOF OF SERVICE OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION; AND DECLARATION (TRANSACTION ID # 62657286) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-09 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION ID # 62657286) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-06 | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT LYFT, INC.S MOTION TO STRIKE PLAINTIFFS ARBITRABLE AND RELEASED CLASS CLAIMS (TRANSACTION ID # 62638546) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-11-06 | PROOF OF SERVICE OF NOTICE OF APPEARANCE (TRANSACTION ID # 62636876) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-11-06 | NOTICE OF APPEARANCE (TRANSACTION ID # 62636876) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-10-30 | ORDER - CASE MANAGEMENT ORDER NO. 2 (TRANSACTION 62612977) | View | |
| 2018-10-30 | ADDED TO CALENDAR FOR CASE MANAGEMENT CONFERENCE HEARING SET FOR DEC-19-2018 AT 02:00 PM IN DEPT 304 | | |
| 2018-10-29 | CORRECTED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT LYFT, INC.S SPECIAL DEMURRER IN ABATEMENT (TRANSACTION ID # 62605326) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | PROOF OF SERVICE (TRANSACTION ID # 62602816) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL DEMURRER IN ABATEMENT (TRANSACTION ID # 62602816) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT LYFT, INC.S SPECIAL DEMURRER IN ABATEMENT (TRANSACTION ID # 62602816) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | DEMURRER TO 2ND AMENDED COMPLAINT (TRANSACTION ID # 62602816) FILED BY DEFENDANT LYFT, INC. HEARING SET FOR NOV-30-2018 AT 02:00 PM IN DEPT 304 | View | $60.00 |
| 2018-10-26 | PROOF OF SERVICE VIA FILE AND SERVE AND EMAIL VIA PDF (TRANSACTION ID # 62602738) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | DECLARATION OF JEANNIE LIEU (TRANSACTION ID # 62602738) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | DECLARATION OF KATHRYN BOWEN (TRANSACTION ID # 62602738) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE (TRANSACTION ID # 62602738) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | NOTICE OF MOTION AND MOTION TO STRIKE (TRANSACTION ID # 62602738) FILED BY DEFENDANT LYFT, INC. HEARING SET FOR NOV-30-2018 AT 02:00 PM IN DEPT 304 | View | $60.00 |
| 2018-10-26 | PROOF OF SERVICE RE: NOTICE OF PETITION AND PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION ID # 62602563) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | DECLARATION OF OLUWABUKUNMI AYANBULE IN SUPPORT OF PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (WITH EXHIBITS A-B) (TRANSACTION ID # 62602563) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | DECLARATION OF JEANNIE LIEU IN SUPPORT OF PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION, AND EXHIBITS A-C (TRANSACTION ID # 62602563) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | DECLARATION OF ERIN E. MEYER IN SUPPORT OF PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION ID # 62602563) FILED BY DEFENDANT LYFT, INC. | View | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2018-10-26 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION ID # 62602563) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-26 | NOTICE OF PETITION AND PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION (TRANSACTION ID # 62602563) FILED BY DEFENDANT LYFT, INC. HEARING SET FOR NOV-30-2018 AT 02:00 PM IN DEPT 304 | View | $60.00 |
| 2018-10-23 | NOTICE OF APPEARANCE (TRANSACTION ID # 62589406) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-10-11 | ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF DENNIE PURSUANT TO RULE OF COURT 3.770 (TRANSACTION #62557336) | View | |
| 2018-10-11 | ORDER STIPULATION AND ORDER RE SECOND AMENDED COMPLAINT (TRANSACTION #62557336) | View | |
| 2018-10-05 | HEARING ON PETITION TO COMPEL ARBITRATION SET FOR OCT-18-2018 IN DEPT. 304, COMPLEX LITIGATION OFF CALENDAR PER STIPULATION AND ORDER. | | |
| 2018-10-05 | PROOF OF SERVICE (TRANSACTION ID # 62528836) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-10-05 | 2ND AMENDED COMPLAINT (TRANSACTION ID # 62528836) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED MELNICOE, D. ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED AS TO DEFENDANT LYFT, INC. | View | |
| 2018-10-05 | ORDER STIPULATION AND ORDER RE SECOND AMENDED COMPLAINT (TRANSACTION #62528574) | View | |
| 2018-10-04 | DECLARATION OF CHRISTIAN SCHREIBER IN SUPPORT OF PLAINTIFF REQUEST FOR DISMISSAL PURSUANT TO RULE OF COURT 3.770 (TRANSACTION ID # 62523955) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-10-04 | STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT**FEE PAID** (TRANSACTION ID # 62523955) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | | $20.00 |
| 2018-10-03 | PROOF OF SERVICE (TRANSACTION ID # 62519995) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-10-03 | DECLARATION OF RACHEL BIEN IN OPPOSITION TO DEFENDANT LYFT, INC.S PETITION TO COMPEL INDIVIDUAL ARBITRATIONS AND STAY PROCEEDINGS PENDING ARBITRATIONS (TRANSACTION ID # 62519995) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-10-03 | PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT LYFT, INC.S PETITION TO COMPEL INDIVIDUAL ARBITRATIONS AND STAY PROCEEDINGS PENDING ARBITRATIONS (TRANSACTION ID # 62519995) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-09-19 | PROOF OF SERVICE (TRANSACTION ID # 62471444) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-09-19 | DECLARATION OF ERIN E. MEYER IN SUPPORT OF DEFENDANT LYFT, INC.S PETITION TO COMPEL INDIVIDUAL ARBITRATIONS AND STAY PROCEEDINGS PENDING ARBITRATIONS (TRANSACTION ID # 62471444) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-09-19 | DECLARATION OF KUNMI AYANBULE IN SUPPORT OF DEFENDANT LYFT, INC.S PETITION TO COMPEL INDIVIDUAL ARBITRATIONS AND STAY PROCEEDINGS PENDING ARBITRATIONS (WITH EXHIBITS A-C) (TRANSACTION ID # 62471444) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-09-19 | DECLARATION OF JEANNIE LIEU IN SUPPORT OF DEFENDANT LYFT, INC.S PETITION TO COMPEL INDIVIDUAL ARBITRATIONS AND STAY PROCEEDINGS PENDING ARBITRATIONS (WITH EXHIBITS A-D) (TRANSACTION ID # 62471444) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-09-19 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATIONS (TRANSACTION ID # 62471444) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-09-19 | PETITION TO COMPEL INDIVIDUAL ARBITRATIONS AND STAY PROCEEDINGS PENDING ARBITRATIONS (TRANSACTION ID # 62471444) FILED BY DEFENDANT LYFT, INC. HEARING SET FOR OCT-18-2018 AT 09:00 AM IN DEPT 304 | View | $60.00 |
| 2018-09-14 | ORDER STIPULATION AND ORDER TO EXTEND PAGE LIMIT FOR (1)DEFENDANT MOTION TO COMPEL ARBITRATION; AND (2) PLAINTIFF OPPOSITION TO DEFENDANT MOTION TO COMPEL ARBITRATION (TRANSACTION #62461682) | View | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2018-09-12 | FEE PAID ON STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR (1) DEFENDANTS MOTION TO COMPEL ARBITRATION; AND (2) PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO COMPEL ARBITRATION (TRANSACTION ID # 62444230) FILED BY DEFENDANT LYFT, INC. | | $20.00 |
| 2018-08-29 | NOTICE OF RELATED CASE (TRANSACTION ID # 62394323) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-08-16 | ORDER CASE MANAGEMENT ORDER NO.1 | View | |
| 2018-08-16 | ORDER DISMISSING CLASS CLAIMS PURSUANT TO RULE OF COURT 3.770 (TRANSACTION #62358213) | View | |
| 2018-08-16 | 1ST AMENDED COMPLAINT / 1ST AMENDED CLASS ACTION AND PAGA COMPLAINT FOR VIOLATIONS OF CALIFORNIA LABOR CODE AND UNFAIR COMPETITION LAW; CLAIMS FOR DAMAGES AND INJUNCTIVE RELIEF; DEMAND FOR JURY TRIAL (TRANSACTION ID # 62356610) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED DENNIE, J. ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED AS TO DEFENDANT LYFT, INC. | View | |
| 2018-08-16 | CASE MANAGEMENT CONFERENCE IS HELD ON AUG-16-2018. BRIEFING SCHEDULE FOR PETITION TO COMPEL ARBITRATION IS SET. JUDGE CURTIS E.A. KARNOW, CLERK DANIAL LEMIRE, REPORTER SARAH SEITZ, CSR #14175. | | |
| 2018-08-16 | MINUTES FOR AUG-16-2018 10:00 AM | View | |
| 2018-08-13 | FURTHER CASE MANAGEMENT STATEMENT (TRANSACTION ID # 62342026) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-08-09 | DECLARATION OF CHRISTIAN SCHREIBER IN SUPPORT OF REQ. FOR DISMISSAL PURSUANT TO CRC 3.770 (TRANSACTION ID # 62330933) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | $20.00 |
| 2018-08-01 | INITIAL CASE MANAGEMENT CONFERENCE IS HELD ON AUG-01-2018 CASE MANAGEMENT CONFERENCE IS CONTINUED TO AUG-16-2018 AT 10:00 AM IN 304. JUDGE CURTIS E.A. KARNOW, CLERK DANIAL LEMIRE, REPORTER SANDY CARRANZA CSR #7062. | | |
| 2018-08-01 | JURY FEES DEPOSITED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | | $150.00 |
| 2018-08-01 | MINUTES FOR AUG-01-2018 10:00 AM | View | |
| 2018-07-31 | JURY FEES (TRANSACTION ID # 62293529) DEPOSITED BY DEFENDANT LYFT, INC. | | $150.00 |
| 2018-07-31 | NOTICE OF RELATED CASE (TRANSACTION ID # 62291119) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-07-27 | CASE MANAGEMENT STATEMENT (TRANSACTION ID # 62284245) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-07-17 | INITIAL CASE MANAGEMENT CONFERENCE HAS BEEN ADVANCED FROM AUG-03-2018 TO AUG-01-2018 10:00 AM IN DEPT. 304 BY REQUEST OF THE PARTIES. | | |
| 2018-07-11 | PROOF OF SERVICE (TRANSACTION ID # 62231281) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-07-11 | STIPULATION RE ELECTRONIC SERVICE OF DOCUMENTS (TRANSACTION ID # 62231281) FILED BY OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED LYFT, INC. | View | |
| 2018-07-05 | ORDER GRANTING COMPLEX DESIGNATION AND FOR SINGLE ASSIGNMENT TO JUDGE CURTIS KARNOW FOR ALL PURPOSES. CASE MANAGEMENT CONFERENCE SET FOR AUG-03-2018 AT 9:00 AM IN DEPT. 304. OCT-24-2018 CASE MANAGEMENT CONFERENCE IS OFF CALENDAR. NOTICE SENT BY COURT. | View | |
| 2018-06-28 | ORDER - STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT LYFT, INC. TO RESPOND TO COMPLAINT TO AUG-03-2018 | View | |
| 2018-06-14 | PROOF OF SERVICE BY MAIL OF CIVIL CASE COVER SHEET; NOTICES OF APPEARANCE; STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT LYFT, INC TO RESPOND TO COMPLAINT; AND NOTICE OF RELATED CASE (TRANSACTION ID # 62140674) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-06-14 | NOTICE OF APPEARANCE (TRANSACTION ID # 62140674) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-06-14 | NOTICE OF RELATED CASE (TRANSACTION ID # 62140674) FILED BY DEFENDANT LYFT, INC. | View | |
| 2018-06-14 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 62140674) FILED BY DEFENDANT LYFT, INC. CASE DESIGNATED COMPLEX LITIGATION | View | |
| 2018-06-14 | FILING FEE PAID FOR STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT LYFT, INC. TO RESPOND TO COMPLAINT (TRANSACTION ID # 62140674) FILED BY DEFENDANT LYFT, INC. | | $1450.00 |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2018-06-06 | PROOF OF SERVICE (TRANSACTION ID # 62109362) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-06-06 | APPLICATION FOR APPROVAL OF COMPLEX LITIGATION DESIGNATION (TRANSACTION ID # 62109362) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | $60.00 |
| 2018-06-06 | NOTICE OF APPLICATION AND APPLICATION FOR APPROVAL OF COMPLEX LITIGATION DESIGNATION (TRANSACTION ID # 62109362) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-06-01 | NOTICE OF RELATED CASE (TRANSACTION ID # 62090002) FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED | View | |
| 2018-06-01 | SUMMONS ON COMPLAINT (TRANSACTION ID # 62089701), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED SERVED MAY-31-2018, PERSONAL SERVICE AS TO DEFENDANT LYFT, INC. | View | |
| 2018-05-25 | NOTICE TO PLAINTIFF | View | |
| 2018-05-25 | OTHER NON EXEMPT COMPLAINTS, COMPLAINT FILED BY PLAINTIFF OLSON, B ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED AS TO DEFENDANT LYFT, INC. SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCT-24-2018 PROOF OF SERVICE DUE ON JUL-24-2018 CASE MANAGEMENT STATEMENT DUE ON OCT-01-2018 COMPLEX LITIGATION ASSIGNMENT REQUESTED BY FILING PARTIES; FEE INCLUDED IN FILING FEE | View | $1450.00 |

Showing 1 to 107 of 107 entries     Previous   1   Next