UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WHITSON,<br><br>        Plaintiff,<br><br>     v.<br><br>LYFT, INC.,<br><br>        Defendant. | Case No. 18-cv-06539-VC<br><br>**ORDER GRANTING IN PART MOTION TO DISMISS OR STAY**<br><br>Re: Dkt. No. 30 |

     For the reasons discussed at the hearing, Whitson's claim for violation of the Fair Labor Standards Act is dismissed with leave to amend, as are the following state-law claims: failure to pay overtime wages; failure to pay minimum wages; wage statement violations; failure to reimburse for business expenses; unlawful deduction from wages; violation of the Unfair Competition Law; and violation of the Investigative Consumer Reporting Agencies Act. Whitson has 21 days from the date of this order to file an amended complaint.

     The following state-law claims are dismissed without leave to amend as unopposed: failure to provide meal and rest breaks and willful misclassification. *See* Dkt. No. 33 at 12.

     As discussed at the hearing, the motion to stay and the request that the Court decline to exercise supplemental jurisdiction over Whitson's state-law claims are denied without prejudice.

     **IT IS SO ORDERED.**

Dated: March 5, 2019

_____
VINCE CHHABRIA
United States District Judge